UNITED STATES of America,
Plaintiff–Appellee,

v.

Nancy **ROMAN–ARENIVAS**, also known as Nancy Roman, also known as Nancy Arenivas Roman, Defendant–Appellant.

No. 05–50865
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Larry Chris Iles, Rockport, TX, for Defendant–Appellant.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before STEWART, DENNIS, and OWEN, Circuit Judges.

PER CURIAM: \*

Larry Chris Iles, appointed to represent Nancy Roman–Arenivas, has filed a motion to withdraw and brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Roman–Arenivas has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.